JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZAR SLIM,<br><br>        Plaintiff,<br><br>   v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC, et al.,<br><br>        Defendants. | Case No. CV 24-7787-MWF(PVCx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 16). For good cause shown, IT IS ORDERED that this action is DISMISSED with prejudice with respect to all parties named herein, as to all claims and causes of action. Each party shall bear that party's own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 15, 2025

                                        MICHAEL W. FITZGERALD
                                      United States District Judge